**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 06-00168-01-CR-W-GAF** |
| | ) | |
| **KAMRON DEHGHANI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER</u>**

Now pending before the Court is Defendant's Motion to Suppress Irrelevant Evidence and Non-Admissible Evidence.

On November 29, 2006, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation.  Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Irrelevant Evidence and Non-Admissible Evidence is OVERRULED and DENIED.

SO ORDERED.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED:    November 29, 2006