IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-00168-01-CR-W-GAF |
| | ) | |
| KAMRON DEHGHANI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Dismiss the Indictment. On December 15, 2006, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation. No objections to the Report and Recommendation were filed by Defendant.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss the Indictment (Doc. #70) is OVERRULED and DENIED.

SO ORDERED.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: January 4, 2007