# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                  )<br>            Plaintiff,              )<br>                                                  )<br>vs.                                         )<br>                                                  )<br>KAMRON DEHGHANI,             )<br>                                                  )<br>            Defendant.           ) | Case No. 06-00168-01-CR-W-GAF |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Statements. Defendant argues that the police told him to take extra anti-anxiety medicine before he made a statement, that he was told to take off all of his clothing, and that he admitted guilt only because the detective was threatening him. On December 13, 2006, United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing. On February 20, 2007, Judge Larsen issued his Report and Recommendation. On March 5, 2007, Defendant filed his *pro se* objections to the Report and Recommendation.

Upon careful and independent review of the pending motion, Defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Statements (Doc. #74) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED:  March 6, 2007