IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-00168-01-CR-W-GAF |
| | ) | |
| KAMRON DEHGHANI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence. Defendant argues that the police had no search warrant, they did not specifically state that his computer would be searched or seized, they failed to seize the 25-30 CD's lying next to the computer, and they failed to search another desk top computer in the home. On December 13, 2006, United States Magistrate Judge Larsen conducted an evidentiary hearing. On February 14, 2007, Judge Larsen issued his Report and Recommendation. On March 5, 2007, Defendant filed his *pro se* objections to the Report and Recommendation.

Upon careful and independent review of the pending motion, Defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. #72) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner  
GARY A. FENNER, JUDGE  
UNITED STATES DISTRICT COURT

DATED: March 6, 2007