IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. |
| ) | 06-00168-01-CR-W-GAF |
| KAMRON DEHGHANI, ) | |
| Defendant. ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

A pretrial conference was held in the above-entitled cause before me on July 31, 2007. Defendant Kamron Dehghani appeared in person and with Assistant Federal Public Defender Anita Burns; Investigator Troy Schnack also appeared. The United States of America appeared by Assistant United States Attorney Katharine Fincham.

*I.*   ***BACKGROUND***

On April 20, 2006, an indictment was returned charging defendant with one count of publishing a notice to exchange child pornography over the internet, in violation of 18 U.S.C. § 2251(d); one count of attempted receipt of child pornography over the internet, in violation of 18 U.S.C. § 2252(a)(2); one count of attempted distribution of child pornography over the internet, in violation of 18 U.S.C. § 2252(a)(2); one count of possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4); and one count of criminal forfeiture pursuant to 18 U.S.C. § 2253(a).

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Ms. Fincham announced that she will be the trial counsel for the government. The case agent to be seated at counsel table Detective Maggie McGuire, Kansas City Police Department.

Ms. Burns announced that she will be the trial counsel for defendant Kamron Dehghani.

## III. OUTSTANDING MOTIONS

The following motions are pending for ruling by the District Judge:

(1) Motion for government to prove beyond a reasonable doubt the photos are of actual person and the person is in fact a minor (motion in limine) (document number 75)

(2) Motion for review of detention order (document number 217)

(3) Motion to dismiss for Constitutional violations (document number 218) (Report and Recommendation filed 7/19/2007, document number 241; pro se objections filed 7/30/2007, document number 252)

## IV. TRIAL WITNESSES

Ms. Fincham announced that the government intends to call six witnesses without stipulations or six witnesses with stipulations during the trial.

Ms. Burns announced that defendant intends to call fifteen witnesses during the trial. Ms. Burns indicated that this number may be less, and that she would notify the Court and Ms. Fincham of the specific witnesses to be called. The defendant may testify.

## V. TRIAL EXHIBITS

Ms. Fincham announced that the government will offer approximately thirty-five exhibits in evidence during the trial.

Ms. Burns announced that defendant will not offer any exhibits in evidence

during the trial.

## VI. DEFENSES

Ms. Burns announced that defendant will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Ms. Burns stated this case is definitely for trial.

## VIII. STIPULATIONS

Stipulations are likely as to business records and the internet as related to interstate commerce.

## IX. TRIAL TIME

The parties were in agreement that this case will two and a half to three days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTION

The U.S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed May 22, 2006, counsel for the government and defendant, with the assistance of stand-by counsel, file and serve a **list of exhibits** he or she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by **July 26, 2007 (as previously ordered in the order setting pretrial conference)**;

That counsel for the government and the defendant, with the assistance of stand-by counsel, file and serve requested jury **voir dire** examination questions by or before noon, **August 6, 2007**;

That counsel for the government and the defendant, with the assistance of stand-by counsel, file and serve, in accordance with the requirements of Local Rule 51.1, requested **jury instructions** by or before noon, **August 6, 2007**. The parties are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI. UNUSUAL QUESTIONS OF LAW

A motion in limine was filed by defendant on November 27, 2006 (document number 75). No other motions in limine are anticipated. There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on August 13, 2007. Counsel request the second week fo the docket due to scheduling conflicts. Additionally, both counsel agree a larger than normal venire (i.e., 60 panelists) will be necessary because of the content issues of the evidence to be presented.

/s/ Robert E. Larsen
ROBERT E. LARSEN
U. S. Magistrate Judge

Kansas City, Missouri
July 31, 2007

cc: The Honorable Gary Fenner
Ms. Katharine Fincham
Ms. Anita Burns
Mr. Jeff Burkholder