# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 06-00168-01-CR-W-GAF |
| KAMRON DEHGHANI, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Dismiss the Indictment. This motion is the same as the Motion to Dismiss Defendant filed on April 20, 2007. That motion was denied on June 20, 2007. This motion is more than seven months out of time, repetitive and has already been rejected by this Court. Accordingly, it is

ORDERED that after independent review of the record and the applicable law, Defendant's Motion to Dismiss the Indictment is denied.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: August 6, 2007