IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 06-00168-01-CR-W-GAF |
| KAMRON DEHGHANI, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on September 5, 2007. Defendant Kamron Dehghani appeared in person and with Assistant Federal Public Defender Anita Burns. The United States of America appeared by Assistant United States Attorney Katharine Fincham.

### I. BACKGROUND

On April 20, 2006, an indictment was returned charging defendant with one count of publishing a notice to exchange child pornography over the internet, in violation of 18 U.S.C. § 2251(d); one count of attempted receipt of child pornography over the internet, in violation of 18 U.S.C. § 2252(a)(2); one count of attempted distribution of child pornography over the internet, in violation of 18 U.S.C. § 2252(a)(2); one count of possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4); and one count of criminal forfeiture pursuant to 18 U.S.C. § 2253(a).

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Ms. Fincham announced that she will be the trial counsel for the government. The case agent to be seated at counsel table is Detective Maggie McGuire, KCPD.

Ms. Burns announced that she will be the trial counsel for defendant Kamron Dehghani. Troy Schnack and Gina Slack will be assisting.

## III. OUTSTANDING MOTIONS

There is currently pending for ruling by the district judge one motion in limine, filed by defendant on August 7, 2007 (document number 274), seeking to exclude all evidence relating to a forged affidavit attached to a motion for pretrial release. The government stated that it will not present the disputed evidence in its case-in-chief but reserves the right to offer it during defendant's case or in rebuttal.

## IV. TRIAL WITNESSES

Ms. Fincham announced that the government intends to call 4 witnesses with or without stipulations.

Ms. Burns announced that defendant Kamron Dehghani intends to call 4 witnesses during the trial. The defendant may testify.

## V. TRIAL EXHIBITS

Ms. Fincham announced that the government will offer approximately 40 exhibits in evidence during the trial.

Ms. Burns announced that defendant Kamron Dehghani will offer approximately 4 exhibits in evidence during the trial.

## VI. DEFENSES

Ms. Burns announced that defendant Kamron Dehghani will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Ms. Burns stated this case is definitely for trial.

## VIII. STIPULATIONS

Stipulations are likely as to interstate nexus and business records.

## IX. TRIAL TIME

Counsel were in agreement that this case will take 2 days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed May 22, 2006, counsel for each party file and serve a list of exhibits she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by September 5, 2007;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, September 12, 2007;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions by or before noon, Wednesday, September 12, 2007. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI. UNUSUAL QUESTIONS OF LAW

One motion in limine has been filed, and no others are anticipated. There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on September 17, 2007. The parties recommend a larger than normal venire, i.e., at least 60 panelists. Due to conflicts, the lawyers ask for the first week of the trial docket.

/s/ Robert E. Larsen
ROBERT E. LARSEN
U. S. Magistrate Judge

Kansas City, Missouri
September 5, 2007

cc: The Honorable Gary Fenner
    Ms. Katharine Fincham
    Ms. Anita Burns
    Mr. Jeff Burkholder